

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| EUSEBIO HURTADO-GARCIA,<br>     aka Santos Renaga-Hurtado | CASE NUMBER: 07CK2906-L |

I, __EUSEBIO HURTADO-GARCIA, aka Santos Renaga-Hurtado__, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___10/18/7___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Eusebio Hurtado_
Defendant

_____
Counsel for Defendant

Before _____
       JUDICIAL OFFICER

FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY