AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
NOV 1 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

*superseding* ↑

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| EUSEBIO HURTADO-GARCIA, aka Santos Renaga-Hurtado | CASE NUMBER: 07CR2906-L |

I, EUSEBIO HURTADO-GARCIA, aka Santos Renaga-Hurtado, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); ~~Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)~~ being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/19/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Eusebio Hurtado G.*
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER